# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                            ltrust@osbornlawpc.com

Granted.

SO ORDERED:

4/1/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

April 1, 2026

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Terry v. Commissioner of Social Security*
>        <u>Civil Action No. 1:26-cv-00003-RWL</u>

Dear Judge Lehrburger,

We write on behalf of our client, Calvin Terry, with the consent of the defense, to request a 90-day extension of time to file his motion for judgment on the pleadings which is currently due on April 8, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **July 7, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **October 5, 2026**; and

- Plaintiff to file his reply, if any, on or before:  **October 19, 2026.**

43 West 43rd Street, Suite 131            Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036                  Facsimile  212-500-5115         info@osbornlawpc.com

Honorable Robert W. Lehrburger
April 1, 2026
Page Two


        Thank you for your consideration of this request.


                    Respectfully submitted,


                    s/Lindsay M. Trust
                    Lindsay M. Trust
                    OSBORN LAW, P.C.
                    43 West 43rd Street, Suite 131
                    New York, New York 10036
                    Telephone:    212-725-9800
                    Facsimile:    212-500-5115
                    ltrust@osbornlawpc.com


cc: Candace Brown Casey, Esq. (by ECF)